**Order entered August 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00443-CR

### DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-81872-2013**

## ORDER

The Court **GRANTS** appellant's August 26, 2014 motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/      DAVID EVANS
       JUSTICE